1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIRK E. SHERRIFF
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000

FILED

MAR 24 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the
Search of:

AMERICA ONLINE
PUBLIC SAFETY AND CRIMINAL
INVESTIGATIONS UNIT
2200 AOL WAY
DULLES, VIRGINIA 20166

1: 09-SW-77-GSA

ORDER TO UNSEAL SEARCH WARRANT
AFFIDAVIT AND WARRANT

The search warrant affidavit and warrant in this case having been sealed by Order of this Court on March 20, 2009, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

Dated: March 24, 2011

_____
UNITED STATES MAGISTRATE JUDGE